# Court of Appeals
# of the State of Georgia

ATLANTA,  May 02, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1375. MARVIN VICKERS v. THE STATE.

Marvin Vickers filed in superior court a petition under OCGA § 42-1-19 seeking release from the sex offender registration requirements. The court denied the petition, and Vickers filed this direct appeal. We lack jurisdiction.

Under OCGA § 5-6-35 (a) (5.2), an application for discretionary appeal is required to appeal a superior court's order granting or denying a petition for release pursuant to OCGA § 42-1-19. "Compliance with the discretionary appeals procedure is jurisdictional." *Smoak v. Dept. of Human Resources*, 221 Ga. App. 257, 257 (471 SE2d 60) (1996). Because Vickers failed to follow the appropriate appeal procedure, this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/02/2023*

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*